UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHOPKO STORES, INC.,

        Plaintiff,

v.                                             Case No. 05-C-969

SCORPIO ACCESSORIES LLC, et al.,

        Defendants.

---

**ORDER**

---

        Plaintiff has moved to strike defendant Rhode Island Assembly Corp.'s amended answer and counterclaim on the basis that its filing violated Rule 15 because it was filed without leave of court. *See* Fed. R. Civ. P. 15(a). The scheduling order in this case provides that leave of court was not required, so long as the amended pleadings were filed on or by April 11, 2006, a condition that was met in this case. Accordingly, because my scheduling order explicitly granted a blanket leave to file amended pleadings, no additional permission was required. The motion to strike is, therefore, denied.

        SO ORDERED this 12th day of June, 2006.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge