# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHOPKO STORES, INC.,

    Plaintiff,

v.                                                             Case No. 05-C-969

SCORPIO ACCESSORIES LLC, et al.,

    Defendants.

## ORDER

Defendant moves to compel answers to interrogatories it served on the plaintiff on December 19, 2006.[1] The interrogatories seek information about absences from work of plaintiff's employee, Toni Evers, who was a buyer of jewelry for the plaintiff. Evers had been listed as someone likely to have discoverable information, and she was apparently involved the termination of the business relationship between plaintiff and defendant.

Plaintiff does not dispute that Evers may have relevant information to provide, and indeed it claims it has produced all of her communications and presented her for deposition. But it contests the notion that her absences from work – and the reasons for such absences – have anything to do with the issues in this case. Without any elaboration from the defendant, I agree with the plaintiff that no relevant information could be gleaned from information regarding the plaintiff's absences from work.

---

[1] The motion was not filed pursuant to Civil Local Rule 7.4, which would have afforded more expeditious treatment. A reply brief has not been filed.

Accordingly, the motion to compel is **DENIED**.

**SO ORDERED** this   16th   day of March, 2007.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge