UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHOPKO STORES, INC.,

    Plaintiff,

v.                            Case No. 05-C-969

SCORPIO ACCESSORIES LLC, et al.,

    Defendants.

**ORDER**

Plaintiff moves for leave to amend its reply to the defendant's counterclaim. The motion has not been opposed. As noted in a previous order allowing an amendment, Rule 15 creates a liberal amendment scheme, allowing amendments as a matter of course unless prejudice results from undue delay, or unless the amendment would be futile. Fed. R. Civ. P. 15(a); *Indiana Funeral Directors Ins. Trust v. Trustmark Ins. Corp.*, 347 F.3d 652, 655 (7th Cir. 2003). The motion would be granted as a matter of course (especially as it is unopposed), except that the court cannot accept the proposed amendment as filed. The motion has attached a proposed amendment only as to the particular claim at issue rather than a complete proposed amended reply. *See* Civil Local R. 15.1 ("Any amendment . . . must reproduce the entire pleading as amended . . .") Accordingly, the motion to amend is **GRANTED**, but plaintiff is directed to file, within 5 days, a complete amended reply.

**SO ORDERED** this   26th   day of March, 2007.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge